**Electronically Filed
Supreme Court
SCWC-29912
26-JAN-2012
08:29 AM**

NO. SCWC-29912

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

COLLIN CABATBAT, Respondent/Plaintiff-Appellee,

vs.

BARRY CURTIS, Petitioner/Defendant-Appellant,

and

STATE OF HAWAII, UNIVERSITY OF HAWAII dba UNIVERSITY OF HAWAII AT HILO aka UNIVERSITY OF HAWAII HILO; JULIE ANN BECK; Defendants-Appellees,

---

BARRY CURTIS, Third-Party Plaintiff,

vs.

BRENDA CABATBAT and DAVID CABATBAT,
Third-Party Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29912; CIV. NO. 07-1-0418)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J. Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Defendant-Appellant's application for writ of certiorari filed on December 19, 2011, is hereby rejected.

DATED: Honolulu, Hawaiʻi, January 26, 2012.

| | |
|---|---|
| Jason M. Tani and Lisa Strandtman of Rush Moore, LLP, for petitioner/ defendant-appellant on the application | /s/ Mark E. Recktenwald<br><br>/s/ Paula A. Nakayama<br><br>/s/ Simeon R. Acoba, Jr. |
| Dwayne Stephen Lerma and Jo Anne E. Goya of Lerma & Goya for respondent/ plaintiff-appellee on the response | /s/ James E. Duffy, Jr.<br><br>/s/ Sabrina S. McKenna |

